discretion shall be exercised. (*People v. City of Chicago*, 234 Ill. 416.) In the instant case, although an action at law, it would be highly inequitable and most unfair to sustain appellant in its determined refusal to permit appellee to enjoy the benefits, the consideration for which appellee has paid and appellant has received.

The judgment of the circuit court is affirmed.

*Judgment affirmed.*

**Alonzo H. Day, Appellee, v. Rachel Carter Wallace, Appellant.**

**Gen. No. 44,770.** 

Morton Lewis, for appellant; John T. Jones and Kimball Smith, for appellee. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.** Opinion filed January 31, 1950; released for publication February 23, 1950.

**Marie Meininger, Appellee, v. Brooks Laundry Company and Mid-Continent Laundries, Inc., Appellants.**

**Gen. No. 44,579.** 

Hinshaw & Culbertson, for appellants; Oswell G. Treadway, of counsel; Carl E. Abrahamson and Carl O. Bue, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed January 31, 1950; rehearing denied February 14, 1950; released for publication February 23, 1950.

Ernest E. Overbey, Appellant, v. Board of Fire and Police Commissioners of City of Joliet, Illinois et al., Appellees.

Gen. No. 10,335.

William A. Murphy, for appellant; Orville R. Seiter, of counsel; Francis A. Dunn, City Attorney, Joliet, for appellees; Walter O. Herschbach, Corporation Counsel, Joliet. PER CURIAM. **Not to be published in full.** Opinion filed February 15, 1950; released for publication March 6, 1950.

Frank Biniakiewicz and Josephine Biniakiewicz, Appellants, v. John Wojtasik, Appellee.

Gen. No. 44,888.